### R. F. BUTT v. W. C. MOORE.

(Filed 15 March, 1922.)

**Evidence—Separate Causes of Action—New Trial as to One Cause— Appeal and Error.**

Upon allegation of two causes of action for breach of contract, one, the defendant's liability to pay the plaintiff the agreed price for grading tobacco, and the other the defendant's failure to furnish fertilizer as agreed: *Held,* the evidence in this case was sufficient to be submitted to the jury upon the second cause of action; and the jury having answered in the defendant's favor in the first cause, a new trial is awarded on the plaintiff's appeal, on his alleged second cause of action alone.

APPEAL by plaintiff from *Lyon, J.,* at August Term, 1921, of PITT.

Civil action to recover damages for an alleged breach of contract. The plaintiff complained that he was a tenant on the farm of the defendant for the year 1916, and that he entered into an agreement or contract with the defendant whereby the said defendant agreed to pay for one-half of all tobacco grading, and to furnish the said plaintiff 300 pounds of fertilizer to the acre of cotton and corn, and alleges that the defendant failed and refused to pay for one-half of the tobacco grading, which was $21; also failed to furnish the amount of fertilizer agreed upon in said contract, whereby the plaintiff suffered a loss of $21.60.

The court submitted to the jury the question of grading the tobacco, but declined to allow them to consider the alleged shortage and failure to furnish the full amount of fertilizer.

· There was a verdict and judgment in favor of the defendant; plaintiff appealed.

*Julius Brown for plaintiff.*
*F. G. James & Son for defendant.*

STACY, J.   The plaintiff set up two causes of action: one for failure to pay one-half of the cost of grading the tobacco; and the other for failure to furnish the amount of fertilizer as agreed upon between the parties.   His Honor declined to submit the second cause of action to the jury.   In this we think there was error.   True, the evidence of the plaintiff is not very satisfactory on this phase of the case—and that of the defendant quite positive—but we think it was sufficient to require its submission to the jury.

As we find no error in the trial of the first cause of action, the new trial will be limited to the second phase of the case.

Partial new trial.